[No. 37620-9-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO McCOY, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 26, 1997.


[No. 37656-0-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE LEWIS WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01710-6, Thomas J. Wynne, J., entered October 17, 1995. *Dismissed* by unpublished per curiam opinion.


[No. 37673-0-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMATH KEM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03422-7, Marsha J. Pechman, J., entered November 16, 1995. *Dismissed* by unpublished per curiam opinion.


[No. 37684-5-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05317-0, James A. Noe, J., entered November 20, 1995. *Dismissed* by unpublished per curiam opinion.